IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

424th Judicial District Court of Blanco County, Texas; Cause No. CV09968; MAZE ENVIRONMENTAL LLC, AMBER PEARCE & BROOKS PEARCE v. URI LITVAK & LITVAK LAW GROUP, PC

2. Was jury demand made in State Court?    ☐ Yes    ☒ No

If yes, by which party and on what date?

N/A                                          N/A
Party Name                                   Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Ps: Maze Environmental LLC, Amber Pearce and brooks Pearce Attorneys of Record for Ps: David M. Clem & Megan A. Altobelli   Blank Rome LLP 200 Crescent Crt, Suite 1000 Dallas, Tx 75201 T:972-850-1450 F: 972-850-1451
Ds: Uri Litvak & Litvak Law Group, PC Attorney of Record Ds: Christine L. Atwood Wood Smith Henning Berman LLP 14860 Landmark Blv, Suite 120 Dallas, Tx 75254 T:469-210.2050 F:469-210-2051

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.
N/A

3.     List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.     List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

N/A

**VERIFICATION**:

/s/ Christine L. Atwood                                            9.19.2025

Attorney for Removing Party                                  Date

Defendants Uri Litvak and Litvak Law Group, PC

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

N/A