# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MAZE ENVIRONMENTAL LLC, AMBER PEARCE, AND BROOKS PEARCE §§§§§ Plaintiffs, §§ vs. § URI LITVAK, AND LITVAK LAW GROUP, PC, §§§§ Defendants. §§ | Civil Action No. 1:25-CV-1533 |

### INDEX OF MATTERS BEING FILED WITH DEFENDANTS' REMOVAL

Defendants herby submit the following Index of Matters:

Exhibit A: Index of Matters

Exhibit B: A copy of the online State Court Action Civil Docket Sheet

Exhibit C: All documents and orders filed in the State Court Action

1. Plaintiffs' Original Petition- 08/19/2025
2. Citation – 08/21/2025

Exhibit D: Notice of Filing of Removal in State Court

Exhibit E: Disclosure Statement and Certificate of Interested Parties

Exhibit F: List of all Counsel of Record

### EXHIBIT "A"