**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| Maze Environmental, LLC, Maze Holdings Inc., Amber Pearce, and Brooks Pearce<br>    *Plaintiffs*,<br><br>v.<br><br>Uri Litvak, and Litvak Law Group, PC,<br>    *Defendants*. | Civil Action No. 1:25-CV-1533-ADA-ML |

## Order Granting Defendants' Uri Litvak, and Litvak Law Group, PC's Unopposed Amended Motion to Compel Arbitration and Stay Proceedings

On this day came to be heard *Defendants' Unopposed Amended Motion to Compel Arbitration and Stay Proceedings*. After reviewing and considering said motion and the agreement of the parties, the Court is of the opinion that the motion is well taken and should in all things be GRANTED. It is therefore,

ORDERED, ADJUDGED, and DECREED that Plaintiffs are compelled to arbitrate their claims pursuant to the August 3, 2022 Engagement Agreement.

It is further ORDERED, ADJUDGED, and DECREED that this civil action is stayed pending the outcome of the arbitration.

ORDERED this 24th day of November, 2025.

*[signature]*
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE